UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JONAH RIVERA,

Plaintiff(s)

26 civ 5920 (JGK)

-against-

ST. BARNABAS HOSPITAL,

Defendant(s).

-----------------------------------------------------------X

**ORDER**

The conference scheduled for Thursday, November 5, 2026, at 12:00pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
October 27, 2026